ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
MARCUS M. KERNER, CSBN 107014
Assistant United States Attorney
411 West Fourth Street, Suite 8000
Santa Ana, California 92701
Telephone: (714) 338-3532
Facsimile: (714) 338-3523
Email: marcus.kerner@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LINDA WALKER,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | No. CV-07-04916-AN<br><br>[**PROPOSED**]<br>**ORDER OF DISMISSAL (as modified by the court)** |

Pursuant to the parties' stipulation to reopen this case for the purpose of entering a dismissal, it is hereby ordered that the case is reopened, and it is further ordered that this case is dismissed without prejudice, with each party to bear its own costs and fees, including attorney fees.

DATED: September 1, 2010

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. ARTHUR NAKAZATO
　　　　　　　　　　　　　　　　　United States Magistrate Judge